SUSAN HEANEY HILDEN, ESQ., Bar # 5358
LITTLER MENDELSON, P.C.
50 West Liberty Street
Suite 400
Reno, NV  89501.1944
Telephone:  775.348.4888
Fax No.:     775.786.0127

Attorneys for Defendants
HARRAH'S LAS VEGAS, LLC and
HARRAH'S LAS VEGAS HOLDCO, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CAROL FRANK,<br><br>            Plaintiff,<br><br>    v.<br><br>HARRAH'S LAS VEGAS, LLC; HARRAH'S LAS VEGAS HOLDCO, LLC a Delaware Corp. d/b/a HARRAH'S HOTEL & CASINO, a foreign corporation,<br><br>            Defendant. | Case No. 2:14-cv-00193-LDG-CWH<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE; ORDER** |

IT IS HEREBY STIPULATED between Plaintiff, Carol Frank, and Defendants, Harrah's Las Vegas, LLC and Harrah's Las Vegas HOLDCO, LLC, by and through their designated counsel of record, that this matter be dismissed in its entirety, with prejudice, each party to bear its own costs and attorney's fees.

Dated:  August 22, 2014                                   Dated:  August 19, 2014

         /s/                                                                   /s/
CAROL FRANK                                              SUSAN HEANEY HILDEN, ESQ.
                                                                     LITTLER MENDELSON, P.C.
Plaintiff
                                                                     Attorneys for Defendants
                                                                     HARRAH'S LAS VEGAS, LLC and
                                                                     HARRAH'S LAS VEGAS HOLDCO, LLC

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
50 West Liberty Street
Suite 400
Reno, NV  89501.1944
775.348.4888

## ORDER FOR DISMISSAL

**IT IS SO ORDERED.**

Dated: August ___, 2014.

_____
**DISTRICT COURT JUDGE**
LLOYD D. GEORGE

2.

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
50 West Liberty Street
Suite 400
Reno, NV 89501.1944
775.348.4888